JAMES ROSE V. THE STATE.

No. 10321.    Delivered June 16, 1926.

**Theft—No Statement of Facts—Notice of Appeal Not Shown.**

No statement of facts appear in this record, nor does it show that notice of appeal was given in the court below and the appeal is dismissed. See Art. 827, C. C. P. 1925. Following Baldwin v. State, 82 Tex. Crim. Rep. 243; Williams v. State, 87 Tex. Crim. Rep 180.

Appeal from Criminal District Court No. 2 of Dallas County. Tried below before the Hon. C. A. Pippen, Judge.

Appeal from a conviction for theft, a felony, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

BAKER, JUDGE.—The appellant was convicted in the Criminal District Court No. 2 of Dallas County for the offense of theft of property over the value of $50.00, and his punishment assessed at two years in the penitentiary.

There is no statement of facts in the record, and no notice of appeal was given in the lower court. Without proper notice of appeal, this court is without jurisdiction. Art. 827, 1925 C. C. P. (Art. 915, Vernon's C. C. P.) ; Baldwin v. State, 82 Tex. Crim. Rep. 243, 199 S. W. 468; Williams v. State, 87 Tex. Crim. Rep. 180, 220 S. W. 87.

Failing to find any notice of appeal in the record, this appeal is dismissed.

*Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.